# NO. 12-19-00384-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| THURSTON, OWENS & NEWMAN, L.L.C., D/B/A SOUTHWEST RESTAURANT & BEVERAGE SOLUTIONS, APPELLANTS/CROSS-APPELLEES, APPELLANTS | § | APPEAL FROM THE |
| V. | | |
| JERRY DAVIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HAYDEN DAVIS, KAREN DAVIS, AND SUMMER HERNANDEZ, AS NEXT FRIEND OF G.L.D. AND C.N.D., APPELLEES/CROSS-APPELLANTS, APPELLEES | § | COUNTY COURT AT LAW NO. 2 |
| | § | GREGG COUNTY, TEXAS |

## SUPPLEMENTAL MEMORANDUM OPINION

In our opinion and order issued on March 18, 2021, this Court reversed[1] the portion of the trial court's modified amended judgment awarding damages for future pecuniary loss to Calli Davis in the amount of $1,000,000.00 and to Grace Davis in the amount of $750,000.00 and suggested a remittitur of the jury's award of damages for future pecuniary loss to Calli Davis in the amount of $462,000.00 and to Grace Davis in the amount of $128,000.00, thereby reducing the award for future pecuniary loss for Calli Davis to $538,000.00 and for Grace Davis to $622,000.00.

---

[1] Before we made this determination, we reversed the trial court's amended judgment insofar as it awarded damages for future pecuniary loss to Calli and Grace and modified it to reinstate, subject to further dispositions, the jury's award for damages for future pecuniary loss to Calli Davis in the amount of $1,000,000.00 and to Grace Davis in the amount of $750,000.00.

In our opinion and order, we stated that if Davis filed the remittitur within fifteen days of our opinion, we would modify the judgment and affirm the damages award for future pecuniary loss in accordance with the remittitur, thereby obviating the need for a new trial. *See* TEX. R. APP. P. 46.3, 46.5.

On March 22, 2021, Davis timely filed his agreed remittitur. Accordingly, we further *modify* the trial court's amended judgment to reflect that the amount of the award for future pecuniary loss for Calli Davis is $538,000.00 and for Grace Davis is $622,000.00. *See* TEX. R. APP. P. 46.3, 46.5.

We *affirm* the trial court's judgment in all other respects. This Court's opinion of March 18, 2021, otherwise remains in effect.

**BRIAN HOYLE**
Justice

Opinion delivered March 31, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 31, 2021**

**NO. 12-19-00384-CV**

**THURSTON, OWENS & NEWMAN, L.L.C., D/B/A SOUTHWEST RESTAURANT & BEVERAGE SOLUTIONS, APPELLANTS/CROSS-APPELLEES**
V.
**JERRY DAVIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HAYDEN DAVIS, KAREN DAVIS, AND SUMMER HERNANDEZ, AS NEXT FRIEND OF G.L.D. AND C.N.D., APPELLEES/CROSS-APPELLANTS**

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2017-2475-CCL2)

THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that the judgment of the court below should be modified and as modified, affirmed.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be **modified** to reflect that the amount of the award for future pecuniary loss for Calli Davis is $538,000.00 and for Grace Davis is $622,000.00; in all other respects the judgment of the trial court is **affirmed**; and that this decision be certified to the court below for observance.

Brian Hoyle, Justice.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*